IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs                                          4:08CR00073 JLH

JOHN OULETTE, JR.                                                                       DEFENDANT

JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of Six Months at a designated Bureau of Prisons correctional facility. The defendant is to participate in nonresidential substance abuse treatment during incarceration. The defendant is remanded into the custody of the U.S. Marshal.

There is no supervised release to follow incarceration.

IT IS SO ORDERED this 12th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE